UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

Anthony D. Holmes, Jr.
206 Eastman Rd.
N. Chesterfield, VA 23236

Case No. 22-30027-KRH
Chapter 7

# ORDER GRANTING
# UNITED STATES TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION

This cause came before the Court on the motion of the United States Trustee to examine Juanita Holmes of 206 Eastman Road, N. Chesterfield, VA 23236, individually and in her capacity as member-manager of J and A Electrical Repair Services, LLC, pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") **[ECF No. 21]**; and there being proper notice of the Motion; no objection having been filed; and good cause having been shown; it is hereby **ORDERED** that the Motion be, and the same is, hereby GRANTED.

The United States Trustee may examine Juanita Holmes under Federal Rule of Bankruptcy Procedure 2004, including, but not limited to, use of subpoena to compel production of documents and/or appearance for giving of testimony under oath.

Upon entry of this Order, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

---

Kathryn R. Montgomery, Esq., AUST (VSB No. 42380)
Shannon Pecoraro, Esq. (VSB No. 46864)
Jason B. Shorter, Esq. (VSB No. 80929)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

DATE: Jun 9 2022

/s/ Kevin R Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

Entered On Docket: Jun 10 2022

/s/ Jason B. Shorter
Jason B. Shorter (VSB No. 80929)
Trial Attorney
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330
jason.b.shorter@usdoj.gov

## CERTIFICATION

I hereby certify that this Order has been either served on or endorsed by all necessary parties.

/s/ Jason B. Shorter
Jason B. Shorter

**SERVICE LIST**

Anthony D. Holmes, Jr.
206 Eastman Rd.
N. Chesterfield, VA 23236

Juanita Holmes
206 Eastman Rd.
N. Chesterfield, VA 23236